## UNITED STATES BANKRUPTCY COURT

IN RE:

Stephen M. Kanya

CHAPTER: 13

Debtor(s)  CASE NO. 25-12431

## CERTIFICATION OF NO PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, _Stephen M. Kanya_, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ I have received no regular income other than Pension and/or Retirement and/or Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 9/6/25

_Stephen Kanya (Sep 6, 2025 09:16:39 EDT)_
Debtor

# Certification of No Payment Advices

Final Audit Report                                                                    2025-09-06

| | |
|---|---|
| Created: | 2025-09-05 |
| By: | Melodye Signil (signilmel.notary@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgRob6ye2pZ29fCoEM_o-cJLlecKTELpv |

## "Certification of No Payment Advices" History

📄 Document created by Melodye Signil (signilmel.notary@gmail.com)
   2025-09-05 - 9:20:58 PM GMT- IP address: 162.204.108.173

✉️ Document emailed to stevekanya1@gmail.com for signature
   2025-09-05 - 9:21:11 PM GMT

📄 Email viewed by stevekanya1@gmail.com
   2025-09-05 - 11:23:53 PM GMT- IP address: 140.248.0.1

✍️ Signer stevekanya1@gmail.com entered name at signing as Stephen Kanya
   2025-09-06 - 1:16:37 PM GMT- IP address: 73.215.38.166

✍️ Document e-signed by Stephen Kanya (stevekanya1@gmail.com)
   Signature Date: 2025-09-06 - 1:16:39 PM GMT - Time Source: server- IP address: 73.215.38.166

✅ Agreement completed.
   2025-09-06 - 1:16:39 PM GMT

**Adobe Acrobat Sign**