## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 25-12431-djb |
| | : | |
| Stephen M. Kanya, | : | Chapter 13 |
| Debtor | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Brenda S. Bishop, Senior Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE: October 6, 2025

Respectfully submitted,

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
Tel: (717) 783-8035
Fax: (717) 772-4526
E-mail: bbishop@attorneygeneral.gov

BY: */s/ Brenda S. Bishop*
BRENDA S. BISHOP
Senior Deputy Attorney General
PA Attorney No. 91761

MELISSA L. VAN ECK
Chief Deputy Attorney General