# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 25-12431-djb |
| | : | |
| Stephen M. Kanya, | : | Chapter 13 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Brenda S. Bishop, hereby certify that Entry of Appearance and Request for Notice has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: October 6, 2025

Respectfully submitted,

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
15TH Floor, Strawberry Square
Harrisburg, PA 17101
Tel: (717) 783-8035
Fax: (717) 772-4526
Cell: (717) 574-9444
E-mail: bbishop@attorneygeneral.gov

BY: */s/ Brenda S. Bishop*
BRENDA S. BISHOP
Senior Deputy Attorney General
PA Attorney No. 91761

MELISSA L. VAN ECK
Chief Deputy Attorney General