# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Stephen M. Kanya, | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 25-12431-djb |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Stephen M. Kanya, | : | |
| | : | |
| Respondent | : | |
| | : | Related to Document No. 6 |
| | : | Confirmation Hearing: |
| | : | 10/23/2025 at 09:30 AM |

### OBJECTION OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, TO DEBTOR'S CHAPTER 13 PLAN FILED JUNE 17, 2025

TO THE HONORABLE DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE:

  The Commonwealth of Pennsylvania, Department of Revenue, ("Commonwealth"), by and through its counsel, Brenda S. Bishop, Senior Deputy Attorney General, Office of Attorney General, does hereby object as a party in interest to Debtor's Chapter 13 Plan ("Plan") filed June 17, 2025, as follows:

1. On August 01, 2025, the Commonwealth filed a Proof of Claim in the amount of $24,952.23, of which $23,056.89 is a secured claim pursuant to 11 U.S.C. §

1

    506(a)(1), $1,692.72 is a priority claim pursuant to 11 U.S.C. § 507(a)(8) and $202.62 is a general unsecured claim.

2. The Plan fails to provide for full payment of the Commonwealth's secured claim, making the Plan not confirmable pursuant to 11 U.S.C. § 1325(a)(5).

3. The Plan fails to provide for payment of statutory interest at the rate of 7% on the Commonwealth's secured claim in violation of 11 U.S.C. § 1325(a)(5) or for the retention of liens throughout the life of the Plan, and it is therefore not confirmable.

4. The Plan fails to provide for full payment of the Commonwealth's priority claim, making the Plan not confirmable pursuant to 11 U.S.C. § 1322 (a)(2).

5. The Debtor has failed to file Pennsylvania Personal Income Tax returns for tax years 2021, 2022, 2023 and 2024 as required by 11 U.S.C. § 1308(a). The Debtor's failure to comply with section 1308 renders the Plan not confirmable pursuant to 11 U.S.C. § 1325(a)(9).

6. For the foregoing reasons, the Plan does not comply with the applicable provisions of the Bankruptcy Code and cannot be confirmed under 11 U.S.C. § 1325(a)(1).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests this Honorable Court Deny Confirmation of Debtor's Plan filed June 17, 2025.

DATE: October 9, 2025          Respectfully submitted,

                                      DAVID W. SUNDAY, JR.
                                      ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA    BY: */s/ Brenda S. Bishop*_____
OFFICE OF ATTORNEY GENERAL          BRENDA S. BISHOP
15th Floor, Strawberry Square                Senior Deputy Attorney General
Harrisburg, PA 17120                         PA Attorney No. 91761
Tel: (717) 783-8035
Cell: (717) 574-9444                           MELISSA L. VAN ECK
E-mail: bbishop@attorneygeneral.gov     Chief Deputy Attorney General