### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Stephen M. Kanya, | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 25-12431-djb |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Stephen M. Kanya, | : | |
| | : | |
| Respondent | : | |
| | : | Related to Document No. 6 |
| | : | Confirmation Hearing: |
| | : | 10/23/2025 at 09:30 AM |

**<u>CERTIFICATE OF SERVICE</u>**

I, Brenda S. Bishop, hereby certify that the *Commonwealth of Pennsylvania, Department of Revenue's Objection to Confirmation of Debtor's Chapter 13 Plan filed June 17, 2025,* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. The following were served electronically:

| | |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106<br>215-627-1377<br>*Chapter 13 Trustee* | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>Email: help@cibiklaw.com |

United States Trustee
Office of United States Trustee,
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
(215) 597-4411
*United States Trustee*

DATE: October 9, 2025                              Respectfully submitted,

                                                      DAVID W. SUNDAY, JR.
                                                      ATTORNEY GENERAL

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>OFFICE OF ATTORNEY GENERAL<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>Tel: (717) 783-8035<br>Cell: (717) 574-9444<br>E-mail: bbishop@attorneygeneral.gov | BY: */s/ Brenda S. Bishop*_____<br>BRENDA S. BISHOP<br>Senior Deputy Attorney General<br>PA Attorney No. 91761<br><br>MELISSA L. VAN ECK<br>Chief Deputy Attorney General<br>Financial Enforcement Section |