United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Stephen M. Kanya
      Debtor

Case No. 25-12431-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen M. Kanya, 4101 Orchard Ln, Philadelphia, PA 19154-4417 |
| aty | + | Joseph A. Zenstein, Claims Worldwide LLC, 435 N. Main St., Doylestown, PA 18901-3403 |
| 15058573 | + | COMMONWEALTH OF PENNSYLVANIA, C/O Brenda Sue Bishop, OFFICE OF ATTORNEY GENERAL, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15054388 | + | Jerrold Moss, Esq., 130 N. 18th Street, Suite 1500, Philadelphia, PA 19103-2768 |
| 15019907 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15019910 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15019919 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15019895 | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15019896 | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15020149 | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia Law Department, Municipal Services Building, C/O MEGAN N. HARPER, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 15062575 | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15056571 | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15019892 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15019893 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:04:15 | Citibank, Citicorp Cr Srvs/Centralized |

District/off: 0313-2
User: admin
Page 2 of 4

Date Rcvd: Mar 19, 2026
Form ID: pdf900
Total Noticed: 45

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15039754 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:03:55 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15019894 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:03:55 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15019897 | | Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15019898 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2026 01:46:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15019900 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 20 2026 01:46:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15019901 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2026 02:03:26 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15019906 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:04:15 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15019902 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2026 02:03:24 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15019903 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 20 2026 01:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15019904 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2026 01:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15032984 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 20 2026 01:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15019905 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15019908 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15035435 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15019909 | ^ | MEBN | Mar 20 2026 01:43:54 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15033964 | ^ | MEBN | Mar 20 2026 01:43:32 | Philadelphia Gas Works, 800 W Montgomery Ave 3f, Philadelphia, PA 19122-2898 |
| 15019911 | | Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15040352 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2026 01:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15019912 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Syncb/Harbor Freight, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15019913 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15019914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:23 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15041775 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:26 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: pdf900 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 15019915 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15019916 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15019917 | ^ MEBN | Mar 20 2026 01:43:40 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15019918 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 20 2026 01:46:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15019920 | ^ MEBN | Mar 20 2026 01:42:52 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15019921 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:03:24 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15019899 | | Comenitycapital/hpcrdt |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Stephen M. Kanya help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-2                        User: admin                                    Page 4 of 4
Date Rcvd: Mar 19, 2026                     Form ID: pdf900                                Total Noticed: 45

United States Trustee

       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
          STEPHEN M. KANYA
                                                    Bankruptcy No. 25-12431-DJB

                    Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 19, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge